United States District Court
Southern District of Texas
**ENTERED**
April 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Vanderploeg, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.  H-20-116 |
| MDDS Marinagate, LLC., | § § § | |
| Defendants. | § | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal of with Prejudice filed on April 12, 2020 the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

Signed this ____14____ day of April, 2020.

DAVID HITTNER
United States District Judge